# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-663-305**

Effective date of registration:

February 4, 2013

---

## Title

Title of Work: THE NECESSARY DEATH OF CHARLIE COUNTRYMAN
Nature of Work: MOTION PICTURE

## Completion/Publication

Year of Completion: 2013

## Author

Author: COUNTRYMAN NEVADA, LLC
Work made for hire: Yes
Citizen of: United States
Anonymous: No          Pseudonymous: No

## Copyright claimant

Copyright Claimant: COUNTRYMAN NEVADA, LLC
6422 DEEP DELL PLACE, LOS ANGELES, CA, 90068

## Limitation of copyright claim

Material excluded from this claim: A SCREENPLAY
Previously registered: Yes
Previous registration and year: TXu 1-808-502   2012
New material included in claim: ADDED PRINCIPAL PHOTOGRAPHY, MUSIC, SOUND AND VISUAL EFFECTS, DIALOGUE, ETC

## Certification

Name: NICOLAS CHARTIER
Date: January 23, 2013

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 76.16.69.45 | 1/31/14 01:58:31 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Highland Park |
| 2 | 71.201.119.107 | 1/31/14 12:51:03 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Mchenry |
| 3 | 76.29.65.58 | 1/29/14 09:36:39 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Cicero |
| 4 | 50.165.3.189 | 1/29/14 04:20:24 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Buffalo Grove |
| 5 | 67.175.224.97 | 1/28/14 11:48:09 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Elmwood Park |
| 6 | 71.239.200.204 | 1/28/14 07:47:00 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Calumet City |
| 7 | 67.167.49.229 | 1/28/14 07:40:31 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Sycamore |
| 8 | 50.141.192.137 | 1/28/14 06:43:14 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 9 | 67.162.117.18 | 1/27/14 11:43:38 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Plainfield |
| 10 | 67.167.226.144 | 1/27/14 10:52:06 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Northbrook |
| 11 | 67.165.175.48 | 1/27/14 02:48:23 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 12 | 67.174.85.201 | 1/26/14 08:26:17 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Oak Park |
| 13 | 76.29.72.178 | 1/26/14 05:18:45 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Cicero |
| 14 | 67.167.242.232 | 1/26/14 04:32:24 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Wheaton |
| 15 | 50.151.163.170 | 1/26/14 12:40:04 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Evanston |
| 16 | 69.47.38.130 | 1/25/14 09:33:26 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | WideOpenWest | Illinois | Chicago |
| 17 | 98.253.160.106 | 1/25/14 05:49:09 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Hoffman Estates |
| 18 | 50.178.203.202 | 1/25/14 02:14:37 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 19 | 71.201.229.12 | 1/25/14 08:25:28 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Villa Park |
| 20 | 73.50.30.76 | 1/25/14 03:44:43 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Berwyn |
| 21 | 67.149.142.160 | 1/25/14 02:41:40 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | WideOpenWest | Illinois | Mount Prospect |
| 22 | 71.194.253.100 | 1/24/14 06:20:23 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Wheaton |
| 23 | 98.228.71.69 | 1/24/14 05:50:16 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 24 | 50.193.80.102 | 1/24/14 05:50:02 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Wheaton |
| 25 | 98.228.6.88 | 1/24/14 05:01:23 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago Heights |
| 26 | 67.175.179.12 | 1/24/14 03:14:49 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Riverdale |
| 27 | 98.212.140.226 | 1/24/14 05:42:40 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 28 | 68.60.251.103 | 1/23/14 10:48:31 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Winfield |
| 29 | 67.165.156.146 | 1/23/14 08:08:25 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Elgin |
| 30 | 69.245.137.172 | 1/23/14 06:05:59 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Mchenry |
| 31 | 24.13.94.174 | 1/23/14 01:30:20 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Glendale Heights |
| 32 | 68.57.213.168 | 1/23/14 09:44:05 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Rockford |
| 33 | 50.178.39.31 | 1/23/14 07:22:44 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 34 | 50.178.228.147 | 1/23/14 02:56:34 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 35 | 69.47.155.204 | 1/23/14 12:42:25 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | WideOpenWest | Illinois | Park Ridge |
| 36 | 67.184.189.144 | 1/22/14 11:54:06 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Round Lake |
| 37 | 98.226.28.128 | 1/22/14 06:12:22 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Bartlett |
| 38 | 98.253.96.22 | 1/22/14 03:23:13 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 39 | 71.57.62.72 | 1/22/14 06:21:55 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Chicago |
| 40 | 24.15.95.6 | 1/22/14 06:17:48 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Homer Glen |
| 41 | 67.176.171.150 | 1/22/14 03:16:56 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Crystal Lake |
| 42 | 50.165.57.92 | 1/21/14 10:34:53 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Rockford |
| 43 | 67.149.51.17 | 1/21/14 09:09:30 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | WideOpenWest | Illinois | Oak Forest |
| 44 | 50.178.110.104 | 1/21/14 04:21:19 PM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Franklin Park |
| 45 | 76.16.185.121 | 1/21/14 04:25:32 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Evergreen Park |
| 46 | 98.212.226.84 | 1/21/14 03:46:48 AM | The Necessary Death of Charlie Countryman (2013) [1080p] | SHA1: 1DE95CBAEE836DBD644FD88159F17C74DCFE6300 | Comcast Cable | Illinois | Machesney Park |